196 So. 903

**Orman (alias Ormand, alias Armon) HO-
CUTT v. STATE.**

**6 Div. 573.**

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the
State.

RICE, Judge.
Appeal dismissed.

193 So. 887

**Robert HOGGWOOD v. STATE.**

**8 Div. 858.**

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the
State.

SAMFORD, Judge.
Appeal dismissed.

196 So. 904

**John HOLDEN, alias Sam Hosmer,
v. STATE.**

**6 Div. 523.**

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the
State.

RICE, Judge.
Affirmed.

197 So. 902

**James HOLLEYFIELD v. STATE.**

**7 Div. 530.**

Court of Appeals of Alabama.
June 29, 1940.

Thos. W. Millican, of Talladega, for ap-
pellant.
Thos. S. Lawson, Atty. Gen., for the
State.

SIMPSON, Judge.
Affirmed.

193 So. 887

**Amos HOLMAN v. STATE.**

**7 Div. 503.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the
State.

BRICKEN, Presiding Judge.
Appeal dismissed.

193 So. 887

**Amos HOLMAN v. STATE.**

**7 Div. 504.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the
State.

SAMFORD, Judge.
Appeal dismissed.